COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-10-066-CV

RODNEY D. THORNTON
 
APPELLANT

V.

THOMAS F. DARDEN AND
 APPELLEES

QUICKSILVER RESOURCES INC.
 
 

----------

FROM THE 48TH DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant’s Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 
Tex. R. App. P.
 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue.  
See 
Tex. R. App. P.
 
42.1(d).

PER CURIAM

PANEL:  MCCOY, DAUPHINOT, and MEIER, JJ.

DELIVERED:  April 8, 2010

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.